WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email:           wkrincek@littler.com
Email:           kmburke@littler.com

Attorneys for Defendant
SUMMERLIN HOSPITAL MEDICAL CENTER, LLC

```
___ FILED         ___ RECEIVED
___ ENTERED      ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

           JUN - 1 2015

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LEIGH BAKER,

        Plaintiff,

vs.

SUMMERLIN HOSPITAL MEDICAL CENTER, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,

        Defendants.

Case No. 2:14-cv-2102-KJD-NJK

**STIPULATION AND ORDER FOR DISMISSAL**

      Plaintiff, Leigh Baker, and Defendant, Summerlin Hospital Medical Center, LLC, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice. Each party shall bear its own costs and attorney's fees.

///

///

///

///

///

///

Further, the telephonic status check scheduled for June 2, 2015 shall be vacated in accordance with Judge Leen's Order (Dkt. #17) upon the filing of this Stipulation.

Dated: May 29, 2015

Respectfully submitted,

/s/ Andrew Rempfer, Esq.
_____
ANDREW REMPFER, ESQ.
LAW OFFICES OF STEVEN J. PARSONS

Attorney for Plaintiff
LEIGH BAKER

Dated: May 29, 2015

Respectfully submitted,

*Kaitlyn Burke*
_____
WENDY M. KRINCEK, ESQ.
KAITLYN M. BURKE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
SUMMERLIN HOSPITAL MEDICAL CENTER, LLC

**IT IS SO ORDERED.**

DATED: This 1st day of June, 2015.

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Firmwide:133658592.1 069080.1070

2.